# Court of Appeals
# of the State of Georgia

ATLANTA,  September 19, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0294.  CARZELL MOORE v. THE STATE.**

Carzell Moore, who was convicted of murder and rape, appeals from the trial court's denial of his motion to set aside an earlier court order pursuant to *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-49 (1) (269 SE2d 426) (1980).  The trial court transmitted the case to this Court, but Moore's notice of appeal indicates that he is appealing to the Supreme Court.  Accordingly, this case is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/19/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*